
FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**CHIH HSIN TENG**

**Plaintiff(s),**

**v.**

**CLERK MICHELLE URIE, ET. AL.,**

**Defendant(s).**

Lead Case No.: SACV07-0785 DOC(ANx)

Consolidated Cases:
SACV07-0844 DOC(ANx)
SACV07-0869 DOC(ANx)
SACV07-1175 DOC(ANx)
SACV08-0268 DOC(ANx)
SACV08-0395 DOC(ANx)

**ORDER CONSOLIDATING CASES AND ORDER TO SHOW CAUSE REGARDING VEXATIOUS LITIGANT STATUS**

On the Court's own motion, the following cases are hereby CONSOLIDATED for all further purposes and all further proceedings: SACV07-0785 DOC(ANx); SACV07-0844 DOC(ANx); SACV07-0869 DOC(ANx); SACV07-1175 DOC(ANx); SACV08-0268 DOC(ANx) and SACV08-0395 DOC(ANx). All documents relating to these cases shall be filed under case number **SA CV07-0785 DOC(ANx)**, now designated as the **LEAD** case.

Plaintiff, a pro se litigant, has brought separate lawsuits against several Court Clerks in the Clerk's Office for refusing to accept filings that plaintiff was making on his own behalf. This Court presumably has federal question jurisdiction under 28 U.S.C. § 1331 as the Plaintiff is suing United States Court Clerks in their official capacity. However, Plaintiff has not asserted a basis for jurisdiction, nor has Plaintiff asserted a discernable claim under which the Court could find jurisdiction.

It appears to the Court Plaintiff may be a vexatious litigant. The Court finds it is proper for the Court to determine whether the case is frivolous or has potential merit.

The Court hereby ORDERS Plaintiff to show cause in writing by June 9, 2008, (1) why this Court should not dismiss the consolidated actions as being frivolous, and (2) why this Court should not declare Plaintiff to be a vexatious litigant and impose remedies as allowed by the Rules of the Central District.

Plaintiff's showing in response to the Court's order to show cause must be an <u>evidentiary</u> showing, made under oath, and showing evidence of the merit to Plaintiff's claims. Plaintiff is cautioned not to merely present his speculations, conjecture, or conclusions as to what he thinks happened. Instead, Plaintiff is required to present <u>evidence</u> of actual facts from which the Court can conclude that a bona fide claim is presented.

No response from Defendants is required unless requested by the Court.

IT IS SO ORDERED.

DATED: May 9, 2008

David O. Carter

DAVID O. CARTER
United States District Judge